

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 3, 2021

**By Email**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:**     ***United States v. Brian Downey*, 21 Mag. 8628**

Dear Judge Krause,

      In light of the presentment of defendant Brian Downey in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

**SO ORDERED.**



_____
ANDREW E. KRAUSE
United States Magistrate Judge

September 7, 2021

By: */s/ Steven J. Kochevar*
    Steven J. Kochevar
    Assistant United States Attorney
    (914) 993-1928